So Ordered.

Signed this 27 day of February, 2017.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

In Re:                                                               Case No.: 15-12018-rel
                                                                     Chapter 13
TIMOTHY IRVING MONICA,
KATHY SUE MONICA,                                                    Assigned to:
                                                                     Hon. Robert E. Littlefield Jr.
                         Debtors.                                    Bankruptcy Judge
_____

## ORDER DETERMINING VALUE OF SECURITY INTEREST

Upon consideration of the Motion of Timothy Irving Monica and Kathy Sue Monica (the "Debtors") Pursuant to §506 for Determination of Secured Status dated September 29, 2016 (the "Motion") for an order to determine the value of the security interest held by Residential Mortgage Loan Trust 2013-TT2, by U.S. Bank National Association, not in its individual capacity, but Solely as Legal Title Trustee (the "Creditor") respective of the real property commonly known as 123 North Greenfield Rd, Porter Cors, NY 12859 (the "Property"); and due and proper notice of the Motion having been made on all necessary parties; and the Creditor having filed an objection thereto;

and the Court having held a hearing on the Motion on January 12, 2017 during which the Debtors and Creditor came to an agreement as to the value of the Property; it is hereby

ORDERED that the value of the Property as determined pursuant to 11 U.S.C. § 506(a) is $213,000.00.

#####